## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Gary Allen

                                      Plaintiff,

v.                                                             Case No.: 1:14–cv–06217
                                                                  Honorable John Robert Blakey

City of Chicago, Illinois, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2015:

       MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 11/12/2015 and continued to 12/3/2015 at 9:45 a.m. in Courtroom 1725. Plaintiff, Gary Allen, is ordered to personally appear. Plaintiff's counsel is ordered to affect personal service of this Court's order on Gary Allen. Status will be stricken if Parties file a stipulation to dismiss prior to the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.